# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Kenneth Roy King, Sr. and Jacqueline Marie King<br><br>Debtors. | **BKY Case No. 12-42842**<br>**Chapter 7** |
| Christensen Law Office, PLLC as assignee for Darlla E. Gravdal,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth Roy King, Sr.,<br><br>Defendant. | **ADV Case No. 12-04198**<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by Christensen Law Office, PLLC and Kenneth Roy King, Sr. above-named, and each of them, by and through their respective counsel, that any and all claims any party raised, or could have raised, against any other party based on the transactions alleged in any of the pleadings filed in the above-referenced matter, are dismissed with prejudice and on the merits, without further cost to any party.

CHRISTENSEN LAW OFFICE PLLC

Dated: 12/13/2012    By: _____
Daniel M. Eaton, (#389452)
Carl E. Christensen, (#350412)
Attorney for Plaintiff
800 Washington Avenue North
Suite 704
Minneapolis, MN 55401
612-823-4016
dan@clawoffice.com
carl@clawoffice.com

R W YOUNG, ATTORNEY AT LAW

Dated: 12/12/2012    By: _Robert W. Young_
Robert W. Young
Attorney for Defendant King
PO Box 3767
Minneapolis, MN 55403
(612) 928-5016
ryoung@rwyounglaw.com

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Kenneth Roy King, Sr. and Jacqueline Marie King<br><br>Debtors. | **BKY Case No. 12-42842**<br>**Chapter 7** |
| Christensen Law Office, PLLC as assignee for Darlla E. Gravdal,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth Roy King, Sr.,<br><br>Defendant. | **ADV Case No. 12-04198**<br><br><br>**ORDER AND JUDGMENT** |

Based on a settlement agreement entered into by the parties in this matter and the foregoing Stipulation for Dismissal with Prejudice,

**IT IS ORDERED THAT**

1. The plaintiff shall recover from the defendant the sum of $2,960.

2. The debt represented by this judgment is excepted from the defendant's discharge.

3. That this matter is dismissed with prejudice, on the merits, as to each and every party above-named, and without further costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____     _____
                                    United States Bankruptcy Judge